Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA  90401
Telephone:   (310) 359-8200
Facsimile:    (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA  98101
Telephone:   (206) 274-2800
Facsimile:    (206) 274-2801

Attorneys for Plaintiff
Essociate, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation, | No.: 8:14-cv-00679 |
| Plaintiff, | **COMPLAINT FOR PATENT INFRINGEMENT** |
| v. | **DEMAND FOR JURY TRIAL** |
| 4355768 CANADA INC., a Canada corporation, dba CrakMedia, | |
| Defendant. | |

Plaintiff ESSOCIATE, INC., a Delaware corporation, hereby alleges for its complaint against Defendant 4355768 CANADA INC., a Canada corporation, dba CrakMedia on personal knowledge as to Essociate's activities, and on information and belief as to the activities of others, as follows:

## I.    NATURE OF THE CASE

1.    This is a claim for patent infringement arising under the patent laws of the United States, Title 35 of the United States Code.

## II.    JURISDICTION AND VENUE

2.    This Court has exclusive subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

3.    Personal jurisdiction over Defendant is proper in this court. Venue is proper in this judicial district pursuant to 28 U.S.C. §§ 1391(b), (c) and/or 1400(b).

## III.    PARTIES

4.    Plaintiff Essociate, Inc. is a Delaware corporation with its principal business address at 4630 Geary Boulevard, Suite 101, San Francisco, California 94118.

5.    Essociate is the owner of U.S. Patent No. 6,804,660 ("the '660 Patent"), entitled "System Method and Article of Manufacture for Internet Based Affiliate Pooling", issued October 12, 2004 (copy attached as Exhibit A).

6.    Essociate is the owner of the entire right, title, and interest in the '660 Patent and has standing to sue for all past, present, and future infringement of the '660 Patent.

7.    Upon information and belief, Defendant 4355768 CANADA INC., is a Canada corporation with its headquarters and principal business address at 633 St. Joseph est, Bureau 204, Quebec, Quebec G1K 3C1, Canada.

8.    Defendant transacts business and has provided to customers in this judicial district and throughout the State of California products and/or services that infringe and/or induce infringement of, and/or contribute to infringement of,

1   one or more claims of the '660 Patent.

2       9.    Upon information and belief, Defendant manufactures, imports into the

3 United States, sells, offers for sale, and/or uses software products that infringe one

4 or more claims of the '660 Patent. Upon information and belief, such software

5 products are offered for sale to customers in this judicial district and throughout

6 the state of California.

7 **IV.    DEFENDANT'S INFRINGEMENT OF THE '660 PATENT**

8       10.    Defendant has been and is directly infringing the '660 Patent under 35

9 U.S.C. § 271(a) by making, using, modifying, upgrading, performing quality

10 control, and providing support for their affiliate software and/or other products

11 and/or services provided by means of that software and/or other products,

12 including without limitation Defendant's affiliate marketing network available at

13 http://www.crakrevenue.com/

14       11.    Defendant has also been and is directly infringing the '660 Patent under

15 35 U.S.C. § 271(a) by selling, offering for sale, and/or importing into the United

16 States affiliate software and/or other products and/or services that infringe one or

17 more claims of the '660 patent, including, by way of example and not limitation,

18 claim 1.

19       12.    Defendant's customers and other users of Defendant's software and

20 other products and the services provided by means of that software and other

21 products, has been and is directly infringing one or more claims of the '660 Patent

22 under 35 U.S.C. § 271(a).

23       13.    Defendant has been and is actively inducing infringement of one or more

24 claims of the '660 Patent under 35 U.S.C. § 271(b) by providing to customers,

25 including customers in this judicial district, their affiliate software and other

26 products, as well as services provided by means of their affiliate software and other

27 products, along with instructions and directions that result in the use of the

28 methods, computer programs, and systems disclosed and claimed in the '660

COMPLAINT FOR PATENT INFRINGEMENT

Patent. Defendant knew, or should have known, that its customers and other users of its services would use Defendant's affiliate software and other products to infringe the '660 Patent and intended such infringement.

14. Defendant has been and is contributorily infringing one or more claims of the '660 Patent under 35 U.S.C. § 271(c) by making, selling, and/or offering for sale to customers, including customers in this judicial district, their affiliate software and other products, as well as services provided by means of their affiliate software and other products. Defendant's affiliate software and other products are each a material part of the invention claimed in the '660 patent, are not staple articles or commodities of commerce, and have no substantial non-infringing use. Upon information and belief, Defendants knew, or should have known, that their affiliate software and other products were especially made or adapted for an infringing use.

15. Defendant's infringement, contributory infringement, and inducement to infringe the '660 Patent has been willful and has deliberately injured and will continue to injure Essociate unless and until the Court enters a preliminary or permanent injunction prohibiting further infringement and, specifically, enjoining further manufacture, use, importation, sale, and/or offer for sale of products that fall within the scope of the '660 Patent.

## V.   RELIEF REQUESTED

WHEREFORE, Essociate asks this Court to enter judgment against Defendant and against Defendant's subsidiaries, affiliates, agents, servants, employees and all persons in active concert or participation with them, granting the following relief:

1. A judgment or order declaring that Defendant has infringed, induced others to infringe, and/or contributorily infringed the '660 Patent;

2. A judgment, order, or award of damages adequate to compensate Essociate for Defendant's infringement of the '660 Patent, based on lost

COMPLAINT FOR PATENT INFRINGEMENT

sales, lost profits, price erosion, loss of market share, or any other applicable theory, together with prejudgment interest from the date infringement of the '660 Patent began;

3. A permanent injunction prohibiting further infringement, inducement, and contributory infringement of the '660 Patent;

4. A finding that this case is exceptional and an award to Essociate of its attorneys' fees and costs as provided by 35 U.S.C. § 285;

5. Increased damages as permitted by 35 U.S.C. § 284, together with prejudgment interest; and

6. Such other and further relief as this Court or a jury may deem proper and just.

Dated this 30th day of April, 2014.

Respectfully Submitted,

**NEWMAN DU WORS LLP**

By:   s/ Derek A. Newman
      Derek A. Newman, State Bar No. 190467
      *derek@newmanlaw.com*
      John Du Wors, State Bar No. 233913
      *duwors@newmanlaw.com*

      Attorneys for Plaintiff
      Essociate, Inc.

4
COMPLAINT FOR PATENT INFRINGEMENT

# VI.    JURY DEMAND

Under Fed. R. Civ. P. 38(b), Plaintiff Essociate, Inc. demands a trial by jury of all issues presented in this complaint which are triable by jury.

Dated this 30th day of April, 2014.

Respectfully Submitted,

**Newman Du Wors LLP**

By:    s/ Derek A. Newman
Derek A. Newman, State Bar No. 190467
*derek@newmanlaw.com*
John Du Wors, State Bar No. 233913
*duwors@newmanlaw.com*

Attorneys for Plaintiff
Essociate, Inc.