Ben M Davidson, State Bar No. 181464
bdavidson@davidson-lawfirm.com
Davidson Law Group, a Law Corporation
11377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Defendant 4355768 CANADA, INC.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**SOUTHERN DIVISION**

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>vs.<br><br>4355768 CANADA, INC., a Canada corporation, dba CrakMedia,<br><br>Defendant. | SACV 14-00679-JVS(DFMx)<br><br>**ORDER GRANTING STIPULATION EXTENDING TIME FOR SUBMITTING INVALIDITY CONTENTIONS OF DEFENDANT 4355768 CANADA, INC., DBA CRAKMEDIA**<br><br>Hon. James V. Selna |

[PROPOSED] ORDER RE DUE DATE OF INVALIDITY CONTENTIONS

Having considered the parties' stipulation regarding extension of the time for Crakmedia to provide its invalidity contentions, and good cause having been shown,

IT IS HEREBY ORDERED that the time for service of invalidity contentions and exchange of claim terms in this case is reset as follows:

|  | **OLD DATE** | **NEW DATE** |
|---|---|---|
| Defendant to serve Invalidity Contentions | December 19, 2015 | January 23, 2015 |
| Parties exchange lists of claim terms to be construed | January 16, 2015 | January 30, 2015 |

DATED:  November 26, 2014

_____
U.S. DISTRICT COURT JUDGE

Submitted by:
DAVIDSON LAW GROUP

By:     /s/ Ben M. Davidson
Ben M Davidson
State Bar No. 181464

---

**1**

**[PROPOSED] ORDER RE DUE DATE OF INVALIDITY CONTENTIONS**

1 bdavidson@davidson-lawfirm.com

2 Attorney for Defendant 4355768 CANADA, INC., a Canada corporation, d/b/a CrakMedia