BEN M. DAVIDSON (STATE BAR NO. 181464)
bdavidson@davidson-lawfirm.com
Davidson Law Group, a Law Corporation
11377 West Olympic Boulevard
Los Angeles, California 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Defendant
4355768 CANADA, INC.

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DISTRICT

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>  Plaintiff and Counterdefendant,<br><br>  v.<br><br>4355768 CANADA, INC. dba Crakmedia,<br><br>  Defendant and Counterclaimant. | Case No. 14-CV-006790JVS-DFM<br><br>**[PROPOSED] ORDER GRANTING LEAVE TO DEFENDANT AND COUNTERCLAIMANT CRAKMEDIA TO AMEND ANSWER AND COUNTERCLAIMS**<br><br>Time: 1:30 PM<br>Date: February 9, 2015<br>Judge: Hon. James V. Selna |
| AND RELATED COUNTERCLAIMS | |

Having considered the motion of Defendant and Counterclaimant Crakmedia to file an amended answer and counterclaim, it is hereby ORDERED that leave is granted and Crakmedia has leave to file the above referenced answer and counterclaim.

DATED:

_____
The Honorable James V. Selna
U.S. DISTRICT COURT JUDGE

Submitted by:
DAVIDSON LAW GROUP

By:     /s/ Ben M. Davidson
Ben M Davidson
State Bar No. 181464
bdavidson@davidson-lawfirm.com

Attorney for Defendant 4355768 CANADA, INC., a Canada corporation, d/b/a CrakMedia

1

**[PROPOSED] ORDER RE MOTION TO AMEND ANSWER AND COUNTERCLAIMS**