BEN M. DAVIDSON (STATE BAR NO. 181464)
bdavidson@davidson-lawfirm.com
Davidson Law Group, a Law Corporation
11377 West Olympic Boulevard
Los Angeles, California  90064
Telephone: (310) 473-2300
Facsimile:  (310) 473-2941

Attorneys for Defendant
4355768 CANADA, INC.

# UNITED STATE DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DISTRICT

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>        Plaintiff and Counterdefendant,<br><br>    v.<br><br>4355768 CANADA, INC. dba Crakmedia,<br><br>        Defendant and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. 14-CV-006790JVS-DFM<br><br>**NOTICE OF LODGING PROPOSED FIRST AMENDED COUNTERCLAIMS AND FIRST AMENDED ANSWER OF DEFENDANT AND COUNTERCLAIMAINT CRAKMEDIA**<br><br>Time:  1:30 PM<br>Date:  February 9, 2015<br>Judge: Hon. James V. Selna |

6583893.1

**NOTICE OF LODGING PROPOSED FIRST AMENDED COUNTERCLAIMS AND FIRST AMENDED ANSWER OF DEFENDANT AND COUNTERCLAIMAINT CRAKMEDIA**

Defendant and Counterclaimant 4355768 CANADA, Inc., dba, Crakmedia, ("Crakmedia") respectfully lodges herewith the First Amended Counterclaim of Defendant 4355768 Canada, Inc., dba Crakmedia ("Amended Counterclaim") and the First Amended Answer of Defendant 4355768 Canada, Inc., dba Crakmedia ("Amended Answer"), copies of which are attached hereto as Exhibits 1 and 2, respectively.

The proposed pleadings also were attached as Exhibits 1 and 2 to the Declaration of Ben M. Davidson filed on December 26, 2014, Dkt. Nos. 35-2, 35-3.

DATED: December 29, 2014          Respectfully submitted,

DAVIDSON LAW GROUP

By: /s/ Ben M. Davidson
Ben M. Davidson, State Bar No. 181464
bdavidson@davidson-lawfirm.com

Attorneys for Defendant
4355768 CANADA, INC., a Canada corporation, d/b/a/ CrakMedia

6583893.1

1

**NOTICE OF LODGING PROPOSED FIRST AMENDED COUNTERCLAIMS AND FIRST AMENDED ANSWER OF DEFENDANT AND COUNTERCLAIMAINT CRAKMEDIA**