Ben M. Davidson (State Bar No. 181464)
bdavidson@davidson-lawfirm.com
Davidson Law Group, a Law Corporation
11377 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 473-2300
Facsimile: (310) 473-2941

Attorneys for Defendant and Counter-Claimant
4355768 CANADA, INC.

Derek A. Newman, State Bar No. 190467
derek@newmanlaw.com
NEWMAN DU WORS LLP
100 Wilshire Boulevard, Suite 940
Santa Monica, CA 90401
Telephone: (310) 359-8200
Facsimile: (310) 359-8190

John Du Wors, State Bar No. 233913
john@newmanlaw.com
NEWMAN DU WORS LLP
1201 Third Avenue, Suite 1600
Seattle, WA 98101
Telephone: (206) 274-2800
Facsimile: (206) 274-2801

Attorneys for Plaintiff and Counter-Defendant
ESSOCIATE, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ESSOCIATE, INC., a Delaware corporation,<br><br>  Plaintiff,<br><br>  v.<br><br>4355768 CANADA, INC. dba Crakmedia,<br><br>  Defendant. | Case No. SACV 14-00679 JVS (DFMx)<br><br>**STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE REGARDING DEFENDANT 4355768 CANADA, INC., DBA CRAKMEDIA'S MOTION FOR JUDGMENT ON THE PLEADINGS BASED ON PATENT INELIGIBILITY UNDER 35 U.S.C. § 101** |

- 1 -
**STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE**

1  WHEREAS, on January 5, 2015, Defendant and Counter-Claimant
2  4355768 CANADA, INC., DBA CRAKMEDIA filed a Motion for Judgment on the
3  Pleadings Based Upon Patent Ineligibility Under 35 U.S.C. § 101 (the "Motion").
4  WHEREAS, Plaintiff and Counter-Defendant Essociate's brief in
5  Opposition to the Motion is currently due on or before January 12, 2015.
6  WHEREAS, 4355768 CANADA, INC., DBA CRAKMEDIA's Reply
7  in support of the Motion is currently due on or before January 19, 2015, which is
8  Martin Luther King Day.
9  WHEREAS, ESSOCIATE, INC. and 4355768 CANADA, INC., DBA
10 CRAKMEDIA have agreed to continue the hearing on the Motion until Monday,
11 February 9, 2015 at 1:30 p.m.
12 WHEREAS, ESSOCIATE, INC. and 4355768 CANADA, INC., DBA
13 CRAKMEDIA have further agreed that ESSOCIATE, INC. may have an extension
14 of time to file its brief in Opposition to the Motion, through and including
15 Wednesday, January 14, 2015.
16 WHEREAS, ESSOCIATE, INC. and 4355768 CANADA, INC., DBA
17 CRAKMEDIA have further agreed that 4355768 CANADA, INC., DBA
18 CRAKMEDIA may have an extension of time to file its Reply in support of the
19 Motion, through and including Friday, January 23, 2015.
20 NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between
21 the parties, through their counsel, this Honorable Court consenting, as follows:
22 The hearing on 4355768 CANADA, INC., DBA CRAKMEDIA's
23 Motion for Judgment on the Pleadings Based Upon Patent Ineligibility Under 35
24 U.S.C. § 101 shall take place on Monday, February 9, 2015 at 1:30 p.m.
25 ESSOCIATE, INC. is granted leave to file its brief in Opposition to
26 4355768 CANADA, INC., DBA CRAKMEDIA's Motion for Judgment on the
27
28

**STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE**

Pleadings Based Upon Patent Ineligibility Under 35 U.S.C. § 101, through and including Wednesday, January 14, 2015.

4355768 CANADA, INC., DBA CRAKMEDIA is granted leave to file its Reply in Support of its Motion for Judgment on the Pleadings Based Upon Patent Ineligibility Under 35 U.S.C. § 101, through and including Friday, January 23, 2015.

Dated:  January 9, 2015        NEWMAN DU WORS LLP

                               By     */s/ Derek A. Newman*
                                      DEREK A. NEWMAN
                                      Attorneys for Plaintiff and Counter-Defendant
                                      ESSOCIATE, INC.

Dated:  January 9, 2015        DAVIDSON LAW GROUP

                               By     */s/ Ben M. Davidson*
                                      BEN M. DAVIDSON
                                      Attorneys for Defendant and Counter-Claimant
                                      4355768 CANADA, INC., DBA CRAKMEDIA

In accordance with Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated:  January 9, 2015        DAVIDSON LAW GROUP

                               By     */s/ Ben M. Davidson*
                                      BEN M. DAVIDSON
                                      Attorneys for Defendant and Counter-Claimant
                                      4355768 CANADA, INC., DBA CRAKMEDIA

**STIPULATION TO CONTINUE HEARING AND SET BRIEFING SCHEDULE**